# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANA MARIA SETZER-WHITE and DEBORA JO SETZER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A. d/b/a WELLS FARGO AUTO; HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANCE,<br><br>　　　　　Defendants. | Case No.: 0:21-cv-00153<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notified the Court and counsel that Jenna Dakroub, shall appear as counsel of record for Plaintiffs Dana Maria Setzer-White and Debora Jo Setzer in this case.

Respectfully submitted this 21st day of January 2021.

　　　　　　　　　　　　　　　　　　　By: */s/ Jenna Dakroub*
　　　　　　　　　　　　　　　　　　　Jenna Dakroub
　　　　　　　　　　　　　　　　　　　Bar Number: 0401650
　　　　　　　　　　　　　　　　　　　**Price Law Group, APC**
　　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　　Telephone: (818) 600-5513
　　　　　　　　　　　　　　　　　　　Facsimile: (818) 600-5413

1

Email: jenna@pricelawgroup.com
*Attorney for Plaintiffs,*
*Dana Maria Setzer-White and*
*Debora Jo Setzer*