# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance,<br><br>　　　　Defendants. | Case No.: 21-CV-00153 (WMW/KMM)<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiffs Dana Maria Setzer-White and Debora Jo Setzer, by and through counsel, hereby stipulate to the following:

1. That Plaintiffs' complaint was served on Experian on or about January 28, 2021;

2. That Defendant Experian will require additional time to investigate the allegations of the Complaint and respond;

3. That Defendant Experian may have until March 11, 2021 to respond to Plaintiffs' Complaint; and

4. That the Court enter an order granting defendant Experian until March 11, 2021 to respond to Plaintiffs' Complaint.

556843.1

| | |
|---|---|
| Dated:  February 5, 2021 | **s/ Gregory J. Myers**<br>Gregory J. Myers, MN #287398<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN  55401<br>Telephone:  (612) 339-6900<br>Fax:  (612) 339-0981<br>gjmyers@locklaw.com<br><br>Eric Nicholson (MI #P83825)<br>(*pro hac vice* admission pending)<br>**JONES DAY**<br>150 W. Jefferson<br>Suite 2100<br>Detroit, MI 48226<br>Telephone: (313) 733-3939<br>Facsimile: (313) 230-7997<br>eanicholson@jonesday.com<br><br>**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Dated:  February 5, 2021 | **s/ Jenna Dakroub**<br>Jenna Dakroub, #0401650<br>**PRICE LAW GROUP, APC**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>Telephone:  (818) 600-5513<br>jenna@pricelawgroup.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |