# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance,<br><br>　　　　　Defendants. | Case No. 21-CV-00153 (WMW/KMM)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** |

Pursuant to the Stipulation between counsel for defendant Experian Information Solutions, Inc. ("Experian") and plaintiffs Dana Maria Setzer-White and Debora Jo Setzer [Doc. No. 6], the Court now finds that the request to allow Experian until March 11, 2021 to respond to plaintiffs' Complaint, should be GRANTED. The Court makes the following order:

1.　Defendant Experian shall have until March 11, 2021 to answer or otherwise respond to plaintiffs' Complaint.

　　IT IS SO ORDERED.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

556840.1