UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer,<br><br>   Plaintiffs,<br><br>  v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance,<br><br>   Defendants. | Case No.:  21-CV-00153 (WMW/KMM)<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

  1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

  2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC.

556844.1

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: February 5, 2021

s/ Gregory J. Myers
Gregory J. Myers, MN #287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
gjmyers@locklaw.com

Eric Nicholson (MI #P83825)
(*pro hac vice* admission pending)
**JONES DAY**
150 W. Jefferson
Suite 2100
Detroit, MI 48226
Telephone: (313) 733-3939
Facsimile: (313) 230-7997
eanicholson@jonesday.com

**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**