UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer, | Case No. 21-cv-153 (WMW/KMM) |
| Plaintiffs, | **Stipulation for Extension of Time** |
| vs. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance, | |
| Defendants. | |

Plaintiffs Dana Maria Setzer-White and Debora Jo Setzer, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their undersigned counsel, hereby stipulate that, should the Court agree, Wells Fargo may have until and including March 11, 2021, to answer or otherwise respond in this lawsuit, and the Court may enter the Order submitted with this Stipulation without further notice or a hearing.

| | |
|---|---|
| Dated: February 16, 2021 | Dated: February 16, 2021 |
| s/ Jenna Dakroub | s/ Jessica Z. Savran |
| Jenna Dakroub | Charles F. Webber (#215247) |
| Attorneys for Plaintiffs | Jessica Z. Savran (#348983) |
| Price Law Group, APC | Attorneys for Wells Fargo Bank, N.A. |
| 8245 N. 85th Way | FAEGRE DRINKER BIDDLE & |
| Scottsdale, AZ 85258 | REATH LLP |
| 818-600-5513 | 2200 Wells Fargo Center |
| Email: jenna@pricelawgroup.com | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | chuck.webber@faegredrinker.com |
| | jessica.savran@faegredrinker.com |