UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer,<br><br>                     Plaintiffs,<br>vs.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance,<br><br>                     Defendants. | Case No. 21-cv-153 (WMW/KMM)<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that defendant Wells Fargo Bank, N.A. is granted an extension of time until and including March 11, 2021, to answer or otherwise respond to the Summons and Complaint in the above-entitled matter.

Dated:_____

                                                        Kate M. Menendez
                                                        United States Magistrate Judge