UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer, | Case No. 21-cv-153 (WMW/KMM) |
| Plaintiffs, | **NOTICE OF APPEARANCE FOR CHARLES F. WEBBER** |
| vs. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance, | |
| Defendants. | |

PLEASE TAKE NOTICE that Charles F. Webber of Faegre Drinker Biddle & Reath LLP appears as counsel of record for Wells Fargo Bank, N.A. in this action.

| | |
|---|---|
| Dated:  February 17, 2021 | *s/ Charles F. Webber* |
| | Charles F. Webber (#215247) |
| | Jessica Z. Savran (#348983) |
| | Attorneys for Wells Fargo Bank, N.A. |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | chuck.webber@faegredrinker.com |
| | jessica.savran@faegredrinker.com |
| | |
| | Attorneys for Wells Fargo Bank, N.A. |