## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Maria Setzer-White and Debora Jo Setzer,<br><br>Plaintiffs,<br><br>v.<br><br>Equifax Information Services, Inc., Experian Information Solutions, Inc.; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Hyundai Capital America d/b/a Kia Motors Finance,<br><br>Defendants. | Case No. 0:21-cv-00153<br><br><br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiffs Dana Maria Setzer-White and Debora Jo Setzer, by and through their undersigned counsel, and Defendant Hyundai Capital America, Inc. ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree that there is good cause to extend the deadline for Defendant to move, answer or otherwise respond to Plaintiffs' Complaint, and that Defendant Hyundai Capital America Inc., has up to and including March 18, 2021 in which to respond to the Complaint.

Dated:  March 8, 2021

ANTHONY OSTLUND
BAER & LOUWAGIE P.A.

 /s/ *Cory D. Olson*
Cory D. Olson (#386941)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996
colson@anthonyostlund.com

***Attorney for Defendant Hyundai Capital America***

2

Dated: March 8, 2021 PRICE LAW GROUP, APC

 /s/ Jenna Dakroub
Jenna Dakroub (#0401650)
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Facsimile: (818) 600-5413
jenna@pricelawgroup.com

***Attorney for Plaintiffs,***
***Dana Maria Setzer-White and Debora Jo Setzer***